# IN THE SUPREME COURT OF THE STATE OF NEVADA

WHITE LANTERN LLC,
Appellant,
vs.
OCWEN LOAN SERVICING, LLC; AND
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
Respondents.

No. 82849

**FILED**

OCT 28 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion for summary judgment in a quiet title action. Eighth Judicial District Court, Clark County; Nadia Krall, Judge. Appellant has filed a motion to dismiss this appeal with each party to pay its own fees and costs. Appellant indicates it has determined that dismissal is the best use of the parties' and judicial resources. Respondents assert that this appeal is meritless and thus do not oppose dismissal. However, respondents ask that the order of dismissal contain terms barring appellant from bringing a separate action alleging that NRS 106.240 extinguished the deed of trust. Respondents allege that appellant pursued this appeal based on strategic considerations unrelated to the merits of the appeal. They contend such a bar would prevent appellant from prolonging the parties' dispute by initiating new litigation over an issue that could have been raised in this appeal.

Having considered the motion, opposition, and reply, the motion to dismiss is granted. This appeal is dismissed. NRAP 42(b). Each party

SUPREME COURT
OF
NEVADA

(O) 1947A

21-31083

shall pay its own costs and fees. This court declines respondents' request to impose terms on the dismissal.

It is so ORDERED.

_____, C.J.

cc:    Hon. Nadia Krall, District Judge
       Michael Singer, Settlement Judge
       Hong & Hong
       Wright, Finlay & Zak, LLP/Las Vegas
       Eighth District Court Clerk